1  GUIDO SAVERI (22349)
   R. ALEXANDER SAVERI (173102)
2  CADIO ZIRPOLI (179108)
   MELISSA C. SHAPIRO (242724)
3  SAVERI & SAVERI, INC.
   111 Pine Street, Suite 1700
4  San Francisco, CA 94111-5619
   Telephone: (415) 217-6810
5

6  Attorneys for Plaintiff Hawel A. Hawel
   d/b/a City Electronics
7
   [Additional Counsel Appear On Signature Page]
8

9              IN THE UNITED STATES DISTRICT COURT
10
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 HAWEL A. HAWEL d/b/a CITY ELECTRONICS,     )
   on behalf of itself and all others similarly situated, )  Case No. CV-07-6279 EMC
14                                             )
                                               )
15             Plaintiff,                      )
                                               )  CLASS ACTION
16     v.                                      )
                                               )  **NOTICE OF SERVICE ON
17 CHUNGHWA PICTURE TUBES, LTD.,               )  DEFENDANTS PHILIPS
   CHUNGHWA PICTURE TUBES (MALAYSIA)           )  ELECTRONICS NORTH
18 SDN. BHD., HITACHI, LTD., HITACHI           )  AMERICA AND HITACHI
   AMERICA, LTD., HITACHI ASIA, LTD., IRICO    )  AMERICA, LTD.**
19 GROUP CORP., IRICO DISPLAY DEVICES CO.,     )
   LTD., LG ELECTRONICS, INC., MATSUSHITA      )
20 ELECTRIC INDUSTRIAL CO, LTD., PANASONIC     )
   CORPORATION OF NORTH AMERICA, ORION         )  The Honorable Edward M. Chen
21 ELECTRIC CO., LTD., ORION AMERICA, INC.,    )
   KONINKLIJKE PHILIPS ELECTRONICS N.V.,       )
22 PHILIPS ELECTRONICS NORTH AMERICA,          )
   SAMSUNG SDI CO., LTD., SAMSUNG SDI          )
23 AMERICA, INC., SAMTEL COLOR, LTD., THAI     )
   CRT COMPANY, LTD., TOSHIBA                  )
24 CORPORATION, BEIJING-MATSUSHITA             )
   COLOR CRT COMPANY, LTD., MATSUSHITA         )
25 TOSHIBA PICTURE DISPLAY CO., LTD., AND      )
   LP DISPLAYS INTERNATIONAL, LTD.             )
26                                             )
                                               )
27             Defendants.                     )
                                               )
28

NOTICE OF SERVICE; Case No. CV-07-6279 EMC

1

2         Attached hereto as Exhibit A and Exhibit B, respectively, are true and correct copies of the

3   Certificates (Attestation) of service of process on defendants Philips Electronics North America

4   and Hitachi America, Ltd..

5

6   DATED: December 20, 2007.          /s/  R. Alexander Saveri

7                                               GUIDO SAVERI (22349)
8                                               R. ALEXANDER SAVERI (173102)
                                            CADIO ZIRPOLI (179108)
9                                               SAVERI & SAVERI, INC.
                                            111 Pine Street, Suite 1700
10                                              San Francisco, CA  94111-5619
                                            Telephone:  (415) 217-6810
11                                              Facsimile:  (415) 217-6813

12                                              ROGER M. SCHRIMP (39379)
                                            FRED A. SILVA (128464)
13                                              KATHY L. MONDAY (209084)
                                            BETTY L. JULIAN (222215)
14                                              DAMRELL, NELSON SCHRIMP, PALLIOS,
                                                 PACHER & SILVA
15                                              1601 I street, 5th Floor
                                            Modesto, CA 95354
16                                              Telephone: (209) 526-3500
                                            Facsimile: (209) 526-3534

17                                              Attorneys for plaintiff

18

19

20  crt.010

21

22

23

24

25

26

27

28

1
PROOF OF SERVICE; Case No. 07-cv-00045-SI

**EXHIBIT A**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| R. ALEXANDER SAVERI<br>SAVERI & SAVERI, INC.<br>111 PINE STREET<br>SUITE 1700<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-217-6810 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>66 | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: Hawel A. Hawel D/B/A City Electronics, On Behalf Of Itself And All Others Similarly
Defendant: CHUNGHWA PICTURE TUBES, LTD, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6279 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assignment For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. a. Party served: PHILIPS ELECTRONICS NORTH AMERICA
   b. Person served: BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95823

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 14, 2007 (2) at: 9:22AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: PHILIPS ELECTRONICS NORTH AMERICA
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. NANCY GRADDY
                                       d. The Fee for Service was:
                                       e. I am: (3) registered California process server
   **First Legal Support Services**        (i)   Independent Contractor
   ATTORNEY SERVICES                       (ii)  Registration No.:   04-010
   1814 "I" STREET                         (iii) County:             Placer
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Dec. 18, 2007

/s/ N. graddy
(NANCY GRADDY)

| Judicial Council Form POS-010 | PROOF OF SERVICE | |
| Rule 982.9.(a)&(b) Rev January 1, 2007 | SUMMONS & COMPLAINT | 6389376.savsa-sf.103428 |

# EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>R. ALEXANDER SAVERI<br>SAVERI & SAVERI, INC.<br>111 PINE STREET<br>SUITE 1700<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-217-6810<br><br>*Attorney for:* Plaintiff | | | *Ref. No. or File No.:*<br>66 | | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* Hawel A. Hawel D/B/A City Electronics, On Behalf Of Itself And All Others Similarly
*Defendant:* CHUNGHWA PICTURE TUBES, LTD, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 07 6279 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Class Action Complaint; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assignment For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. a. *Party served:* HITACHI AMERICA, LTD.
   b. *Person served:* BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:* 2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95823

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 14, 2007 (2) at: 9:22AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: HITACHI AMERICA, LTD.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. NANCY GRADDY

   First Legal Support Services
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 04-010
      (iii) County: Placer

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Dec. 18, 2007

   _____
   (NANCY GRADDY)

| Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS & COMPLAINT | 6389375.savsa-sf.103432 |
|---|---|---|