**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC |
| This Document Relates to: *Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd., et al.* (Case No. CV-07-6279 SC) *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.* (Case No. CV-08-0178 SC) | [~~PROPOSED~~] **ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL LOCAL RULE 4-2(a)** Date: N/A Time: N/A Courtroom: 1, 17th Floor Judge: The Honorable Samuel Conti |

[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL LOCAL RULE 4-2(a); CASE NO. CV-07-5944 SC

1  This matter came before the Court pursuant to Civil Local Rule 7-11.  Having considered
2  Plaintiffs' request and any opposition, and GOOD CAUSE appearing, IT IS HEREBY
3  ORDERED THAT:
4  The stay in this matter is lifted for the limited purpose of considering Plaintiffs' request
5  for the issuance of Letters Rogatory and relief from Civil Local Rule 4-2(a).
6  Plaintiffs' request for issuance of Letters Rogatory is GRANTED.  Letters Rogatory shall
7  issue in order to effect service of process on defendants Chunghwa Picture Tubes, Ltd.
8  ("Chunghwa"), Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. ("Chunghwa Malaysia"), Hitachi
9  Asia, Ltd. ("Hitachi"), and Thai CRT Company, Ltd. ("Thai CRT") in the following two actions:
10  *Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. CV-07-
11  6279 SC ("*Hawel*"); and *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.*,
12  Case No. CV-08-0178 SC ("*Orion*").
13  Plaintiffs' request for relief from Civil Local Rule 4-2(a) is also GRANTED.
14  IT IS SO ORDERED.

Dated:  2/13/08                              _____
                                             The Honorable Samuel Conti
                                             Judge of the United States District Court for
                                             the Northern District of California

Crt.034

2

[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL LOCAL RULE 4-2(a); CASE NO. CV-07-5944 SC