1  Guido Saveri (22349)
   R. Alexander Saveri (173102)
2  Cadio Zirpoli (179108)
   Gianna Gruenwald (228969)
3  SAVERI & SAVERI, INC.
   111 Pine Street, Suite 1700
4  San Francisco, CA 94111
   Telephone: (415) 217-6810
5  Facsimile: (415) 217-6813
   guido@saveri.com
6  rick@saveri.com
   cadio@saveri.com
7
   Attorneys for Plaintiff Orion Home Systems, LLC
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC |
| **This Document Relates to:** *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.,* **Case No. CV-08-0178 SC** | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** Courtroom: 1, 17th Floor Judge: The Honorable Samuel Conti |

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE; CASE NO. CV-07-5944 SC

1  The United States District Court for the Northern District of California presents its
2 compliments to the Appropriate Judicial Authority of Thailand, and requests international
3 assistance to effect Service of Process to be used in a civil proceeding before this Court in the
4 action titled *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.,*
5 Case No. CV-08-0178 SC.

6 **I.  REQUEST**

7  This Court requests the assistance described herein as necessary in the interests of justice.
8 The assistance requested is that the Appropriate Judicial Authority of Thailand effect Service of
9 Process of the: Summons in a Civil Case; Class Action Complaint; Order Setting Case
10 Management Conference/ Order Re Timely Filing of Pleadings, Briefs, Motions, Etc./ Standing
11 Order for All Judges of the Northern District of California; Consent to Proceed Before a United
12 States Magistrate Judge; ECF Registration Information Handout; and Certified Translations on
13 the below named business entity, a named defendant in this action:

>  Thai CRT Company, Ltd.
>  1/F 26 Siam Cement Rd., Bangsue Dusit
>  Bangkok, Thailand

  The Appropriate Judicial Authority of Thailand is requested to serve the documents listed
above by personal service into the hands of a director, managing agent or other person authorized
to accept service, or in a manner of service consistent with the law of Thailand.

**II.  FACTS OF THIS CASE**

  Plaintiff filed a class action complaint against several manufacturers of televisions,
computer monitors, and other electronic devices, including defendant Thai CRT Company, Ltd.,
for conspiring to fix the price of cathode ray tube products ("CRTs") in violation of United States
antitrust laws.  Plaintiff purchased CRTs in the United States directly from defendants.  Plaintiff
alleges that beginning at least as early as January 1, 1995, the exact date being unknown to
plaintiff, named defendants conspired, combined and contracted to fix, raise, maintain, and
stabilize the prices at which CRTs were sold in the United States.  Defendants, by and through
their officers, directors, employees, agents, or other representatives, entered in a continuing

contract, combination or conspiracy to unreasonably restrain trade and commerce in violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. §1.  As a result, Plaintiff was forced to pay more for CRTs than they would have paid in a competitive CRT market.  For its injuries, Plaintiff is requesting treble damages and an injunction enjoining defendants' anti-competitive activity under sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26.

**III.    RECIPROCITY**

The United States District Court for the Northern District of California is willing to provide similar assistance to the judicial authorities of Thailand.

**IV.    REIMBURSEMENT FOR COSTS**

Counsel for plaintiff is willing to ensure reimbursement to the judicial authorities of Thailand for costs incurred in executing this letter rogatory.  If the cost of executing this Court's letter rogatory exceeds $500.00, the judicial authorities of Thailand are requested to contact the following counsel for plaintiff:

> R. Alexander Saveri
> Saveri & Saveri, Inc.
> 111 Pine Street, Suite 1700
> San Francisco, CA 94111
> Telephone: 415-217-6810
> Facsimile:  415-217-6813
> Email: rick@saveri.com

**V.    TIME TO RESPOND**

In acknowledgment of the additional time which is needed to prepare and file a responsive pleading to the attached documents, the time period is extended to 45 days after service.

Dated: __2/13_____, 2008.              _____

[COURT SEAL]

The Honorable Samuel Conti
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102
United States of America

Crt.033

3

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE; CASE NO. CV-07-5944 SC