UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation ) ) ) _____ ) CRAGO, Inc., ) ) Plaintiff, ) ) v. ) ) CHUNGHWA PICTURE TUBES, LTD., et al. ) ) ) Defendants. ) _____ ) | Case No. 07-5944 SC MDL No. 1917 ORDER LIFTING STAY, SETTING STATUS CONFERENCE, AND SETTING HEARING ON MOTIONS TO APPOINT <u>LEAD COUNSEL</u> |

On February 15, 2008, the United States Judicial Panel on Multidistrict Litigation granted Plaintiff's Motion for Centralization, pursuant to 28 U.S.C. § 1407. The stay on all motions and proceedings imposed by this Court on January 29, 2008, Docket No. 37, is hereby LIFTED.

A status conference is hereby set for Friday, April 4, 2008, at 10:00 a.m. in courtroom # 1. Motions to appoint lead counsel will also be heard at this time.

IT IS SO ORDERED.

Dated: March 7, 2008

_____
UNITED STATES DISTRICT JUDGE