PILLSBURY WINTHROP SHAW PITTMAN LLP
TERRENCE A. CALLAN #36305
Email: terrence.callan@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOSEPH R. TIFFANY II # 67821
Email: joseph.tiffany@pillsburylaw.com
PHILIP A. SIMPKINS # 246635
Email: philip.simpkins@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendants
IRICO DISPLAY DEVICES CO., LTD. and
IRICO GROUP CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: C-07-5944 SC<br>MDL NO. 1917 |
| This Document Relates To:<br>ALL ACTIONS | DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Fed. R. Civ. P. 7.1]<br>[Local Rule 3-16] |

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, Defendant **IRICO DISPLAY DEVICES CO., LTD.** ("Irico Display") discloses and certifies, by and through its attorney, as follows:

1. Pursuant to Federal Rule of Civil Procedure 7.1, Irico Display discloses that (1) its parent corporation is Irico Group Electronics Company Limited and

| | | |
|---|---|---|
|1| |(2) no publicly held corporation other than Irico Group Electronics Company|
|2| |Limited owns 10% or more of Irico Display's stock.|
|3|2.|Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this|
|4| |date, other than the named parties and Irico Group Electronics Company|
|5| |Limited, there is no such interest to report.|

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, Defendant **IRICO GROUP CORPORATION** ("Irico Group") discloses and certifies, by and through its attorney, as follows:

1. Pursuant to Federal Rule of Civil Procedure 7.1, Irico Group discloses that (1) it is a corporation wholly owned by the People's Republic of China and it has no parent company, and (2) no publicly held corporation owns 10% or more of Irico Group's stock.

2. Pursuant to Civil Local Rule 3-16, the undersigned certifies as follows: that Irico Group is a corporation wholly owned by the People's Republic of China, and that as of this date, other than the named parties and the People's Republic of China, there is no such interest to report.

Dated: June 24, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By _____/s/ Joseph R. Tiffany II_____
      Joseph R. Tiffany II

Attorneys for Defendants
IRICO DISPLAY DEVICES CO., LTD. and
IRICO GROUP CORPORATION

701141995v1      - 2 -      DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C-07-5944 SC
MDL NO. 1917