1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   TERRENCE A. CALLAN #36305
2  Email: terrence.callan@pillsburylaw.com
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA  94120-7880
4  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
5
   PILLSBURY WINTHROP SHAW PITTMAN LLP
6  JOSEPH R. TIFFANY II # 67821
   Email: joseph.tiffany@pillsburylaw.com
7  PHILIP A. SIMPKINS # 246635
   Email: philip.simpkins@pillsburylaw.com
8  2475 Hanover Street
   Palo Alto, CA  94304-1114
9  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
10
   Attorneys for Defendants
11 IRICO DISPLAY DEVICES CO., LTD. and
   IRICO GROUP CORPORATION
12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16  _____

17  IN RE: CATHODE RAY TUBE (CRT)        )   Case No.:  C-07-5944 SC
    ANTITRUST LITIGATION                 )   MDL NO.  1917
18                                       )
                                         )
19  _____     )   NOTICE OF APPEARANCE
                                         )
    This Document Relates To:            )
20                                       )
    ALL ACTIONS                          )
21                                       )
                                         )
22  _____     )

23  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

24          PLEASE TAKE NOTICE that Terrence A. Callan, Joseph R. Tiffany II and

25  Philip A. Simpkins of Pillsbury Winthrop Shaw Pittman LLP hereby enter their appearance

26  //

27  //

28

1    as counsel of record for defendants **IRICO DISPLAY DEVICES CO., LTD. and IRICO**

2    **GROUP CORPORATION.**  Copies of all pleadings, papers and notices should be served

3    as follows:

4

5    PILLSBURY WINTHROP SHAW PITTMAN LLP
     TERRENCE A. CALLAN #36305
     Email: terrence.callan@pillsburylaw.com
6    50 Fremont Street
     Post Office Box 7880
7    San Francisco, CA  94120-7880
     Telephone: (415) 983-1000
8    Facsimile: (415) 983-1200

9    PILLSBURY WINTHROP SHAW PITTMAN LLP
     JOSEPH R. TIFFANY II # 67821
10   Email: joseph.tiffany@pillsburylaw.com
     PHILIP A. SIMPKINS # 246635
11   Email: philip.simpkins@pillsburylaw.com
     2475 Hanover Street
12   Palo Alto, CA  94304-1114
     Telephone: (650) 233-4500
13   Facsimile: (650) 233-4545

14

15   Dated:  June 24, 2008

16                            PILLSBURY WINTHROP SHAW PITTMAN LLP

17

18

19   By _____/s/ Joseph R. Tiffany II_____
                  Joseph R. Tiffany II
20

21   Attorneys for Defendants
     IRICO DISPLAY DEVICES CO., LTD. and
22   IRICO GROUP CORPORATION

23

24

25

26

27

28