```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    TERRENCE A. CALLAN #36305
 2  Email: terrence.callan@pillsburylaw.com
    50 Fremont Street
 3  Post Office Box 7880
    San Francisco, CA  94120-7880
 4  Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
 5
    PILLSBURY WINTHROP SHAW PITTMAN LLP
 6  JOSEPH R. TIFFANY II # 67821
    Email: joseph.tiffany@pillsburylaw.com
 7  PHILIP A. SIMPKINS # 246635
    Email: philip.simpkins@pillsburylaw.com
 8  2475 Hanover Street
    Palo Alto, CA  94304-1114
 9  Telephone: (650) 233-4500
    Facsimile: (650) 233-4545
10
    Attorneys for Defendants
11  IRICO DISPLAY DEVICES CO., LTD. and
    IRICO GROUP CORPORATION
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No.: C-07-5944 SC<br>MDL NO. 1917<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Fed. R. Civ. P. 7.1]<br>[Local Rule 3-16] |

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, Defendant **IRICO DISPLAY DEVICES CO., LTD.** ("Irico Display") discloses and certifies, by and through its attorney, as follows:

1. Pursuant to Federal Rule of Civil Procedure 7.1, Irico Display discloses that (1) its parent corporation is Irico Group Electronics Company Limited and

1  (2) no publicly held corporation other than Irico Group Electronics Company Limited owns 10% or more of Irico Display's stock.

2. Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties and Irico Group Electronics Company Limited, there is no such interest to report.

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, Defendant **IRICO GROUP CORPORATION** ("Irico Group") discloses and certifies, by and through its attorney, as follows:

1. Pursuant to Federal Rule of Civil Procedure 7.1, Irico Group discloses that (1) it is a corporation wholly owned by the People's Republic of China and it has no parent company, and (2) no publicly held corporation owns 10% or more of Irico Group's stock.

2. Pursuant to Civil Local Rule 3-16, the undersigned certifies as follows: that Irico Group is a corporation wholly owned by the People's Republic of China, and that as of this date, other than the named parties and the People's Republic of China, there is no such interest to report.

Dated: June 24, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP


By _____/s/ Joseph R. Tiffany II_____
      Joseph R. Tiffany II

Attorneys for Defendants
IRICO DISPLAY DEVICES CO., LTD. and
IRICO GROUP CORPORATION