1  Terry Calvani (53260)
   **FRESHFIELDS BRUCKHAUS DERINGER**
2  **US LLP**
   Email: terry.calvani@freshfields.com
3  701 Pennsylvania Avenue, NW
   Suite 600
4  Washington, DC 20004
   Tel: (202) 777-4505
5  Fax: (202) 777-4555

6  *Attorney for Defendant Beijing Matsushita Color CRT Company, Ltd.*

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) ) | Case No.: 3:07-CV-5944<br>MDL NO. 1917 – ALL CASES |
| This document relates to:<br>ALL ACTIONS | ) ) ) ) ) | **NOTICE OF APPEARANCE OF TERRY CALVANI** |

16      PLEASE TAKE NOTICE THAT in the above-captioned litigation, Terry Calvani

17  of the law firm of Freshfields Bruckhaus Deringer US LLP hereby enters his appearance

18  as counsel on behalf of defendant **Beijing Matsushita Color CRT Company, Ltd.**, and

19  requests that copies of all future notices, pleadings, and other documents filed in this

20  action be provided to him.

21  Dated: July 16, 2008            FRESHFIELDS BRUCKHAUS
                                    DERINGER US LLP

23                                  By:/s/ *Terry Calvani*
                                       Terry Calvani (CA Bar No. 53260)
24                                     Freshfields Bruckhaus Deringer
                                        US LLP
25                                     Email: terry.calvani@freshfields.com
                                       701 Pennsylvania Avenue NW
26                                     Suite 600
                                       Washington, DC 20004
27                                     Tel: (202) 777-4505
                                       Fax: (202) 777-4555
28

                              -1-
                Notice of Appearance of Terry Calvani